**Gary A. MOORE, M.D., Plaintiff–Appellant,**

v.

**ADVENTIST HEALTH SYSTEMS/GEORGIA, INC., d.b.a. Gordon Hospital, Adventist Health System Sunbelt Healthcare Corporation, Carlene Jamerson, Brent Box, M.D., Richard Montanaro, Phil Gray, M.D., Joe Joyave, Defendants–Appellees.**

No. 08–13655.

United States Court of Appeals, Eleventh Circuit.

Jan. 22, 2009.

David Francis Guldenschuh, David F. Guldenschuh, PC, Rome, GA, for Plaintiff–Appellant.

James L. Jones, Nashville, TN, Donna D. Fraiche, Baker Donelson, et. al., New Orleans, LA, Scott W. Pedigo, Jackson, MS, Thomas O. Helton, Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., Chattanooga, TN, for Defendants–Appellees.

Before, HULL, WILSON and HILL, Circuit Judges.

PER CURIAM:

After review and oral argument, we conclude that the Plaintiff, Gary Moore, M.D., has not shown reversible error in the district court's well-reasoned and thorough order, dated May 27, 2008, which entered final judgment for the Defendants Adventist Health Systems/Georgia, Inc., d.b.a. Gordon Hospital, Adventist Health System Sunbelt Healthcare Corporation, Carlene Jamerson, Brent Box, M.D., Richard Montanaro, Phil Gray, M.D., and Joy Joyave.

**AFFIRMED.**